**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

ROMAILIN GONZALEZ, *individually and on behalf*
*of others similarly situated,*

        *Plaintiff,*

-against-

156 VALLE RESTAURANT CORP. (d/b/a EL GRAN
VALLE), JIANI ROSARIO and FELIX ROSARIO,

        *Defendants,*
----------------------------------------------------------------X

Civil Action No. 1:25-cv-01298

1:25-CV-01893

[Proposed Form Of]
**JUDGMENT**

## JUDGMENT

On September 11, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ROMAILIN GONZALEZ, has judgment against 156 VALLE RESTAURANT CORP. (d/b/a EL GRAN VALLE), JIANI ROSARIO and FELIX ROSARIO, jointly and severally, in the amount of One Hundred Sixty Thousand Dollars and No Cents ($160,000.00), which is inclusive of attorneys' fees and costs.

Dated: September 12 , 2025

                           _____
                   HON. MARGARET M. GARNETT
                   UNITED STATES DISTRICT JUDGE